THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN FORMAN and Another, Appellants.— Judgment convicting defendants of the crime of forgery in the second degree unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MAUD C. KIMBELL, Respondent, v. EDNA SEVERY and Another, Appellants.— Action to recover damages upon two separate causes of action, one against each defendant, for alienation of affections. Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that prejudicial error was committed in the reception of hearsay testimony. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LEE & SIMMONS, INC., Appellant, v. CALEDONIAN INSURANCE COMPANY, Respondent.— Action on marine insurance policies covering shipment of sugar. Judgment dismissing the complaint at close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BENJAMIN LUFT, Respondent, v. MAX GOTTFRIED and Others, Each Individually, etc., Defendants, Impleaded with EDWARD T. FLOVE, as General President of the Delicatessen and Restaurant Countermen and Cafeteria Employees' Union Local 302, Appellant, Impleaded with Others.— Judgment, in so far as it grants a permanent injunction to plaintiff against defendant, appellant, from picketing plaintiff's place of business, affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and dismiss the complaint.

DECORATIVE CABINET CORPORATION, a New York Corporation, and Others, Respondents, v. ODORA COMPANY, INC., a New York Corporation, Appellant.— Order denying defendant's motion to strike out certain parties as plaintiffs in the action, to strike out certain portions of the complaint, and to direct plaintiffs to serve an amended complaint, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JAMES CAMERON, Respondent, v. BUSH SERVICE CORPORATION and Others, Defendants, Impleaded with LISTON L. LEWIS, Appellant.— Order denying motion of defendant, appellant, for judgment dismissing complaint as to said defendant unanimously affirmed, with twenty dollars costs and disbursements, with leave to the said defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MURRAY BORDEN, Appellant, Impleaded with Another.— Judgment convicting defendant of the crime of attempted grand larceny, second degree, unanimously reversed and a new trial ordered, on the ground that defendant's guilt was not established beyond a reasonable doubt. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.